IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00124-LTB

FLOYD E. DODDS,

    Plaintiff,

v.

BRANDON QUINTERO, Deputy of Pueblo County Sheriff's Department,
    in His Official and Individual Capacities,

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 23, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 23rd day of April, 2014.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/K Lyons
                          Deputy Clerk